"Exhibit B"

## TREVOR SPEARMAN
## Chapter 11 Case No.: 09-22253 (RDD)
## LIQUIDATION ANALYSIS AS OF AUGUST 30, 2010

|   |   | Value | Value less exemption |
|---|---|---|---|
| 1. | Home at 45 Eton Road, Thornwood, New York (held jointly with non-debtor spouse) as per appraisal attached | $1,000,000.00 | |
|   | Less Secured claims: Bank of America | $1,173,000.00 | |
|   | Net Value | 0 | 0.00 |
| 2. | Bank Account (½ interest) | $ 2,200.00 | 0.00 |
| 3. | 2004 Honda Odessy (Kelly Blue Book value) | $ 6,800.00 | $ 4,400.00 |
| 4. | 2006 Land Rover (Kelly Blue Book value) | $ 12,000.00 | $ 12,000.00 |
| 5. | Machinery used in business | $ 6,000.00 | $ 1,000.00 |
| 6. | Household furnishings and clothing (½ interest) | $ 2,000.00 | 0.00 |
|   |   |   | $13,400.00 |