"Exhibit C"

TREVOR SPEARMAN
Chapter 11 Case No.: 09-22253 (RDD)

<u>2011-2016</u>

| | |
|---|---|
| Monthly Income | $12,000.00 |

Household Expenses:

| | |
|---|---|
| First mortgage (including taxes) | $ 7,010.00[1] |
| Maintenance | $ 150.00 |
| Cable | $ 175.00 |
| Con Ed/Oil | $ 700.00 |
| ADT Security | $ 40.00 |
| Water | $ 80.00 |
| Gasoline | $ 250.00 |
| Food | $ 1,000.00 |
| Clothing | $ 100.00 |
| Medical | $ 100.00 |
| Children's activities (school, camp, etc.) | $ 150.00 |
| Car maintenance | $ 50.00 |
| Grooming | $ 100.00 |

---

[1] The monthly mortgage payments to Bank of America will increase pursuant to the loan modification approved by the Court from $4,722.20 to $6,726.69 (excluding real property taxes). In 2013 it will be capped at $6,726.69 reflecting a 5% interest rate, plus real property taxes of approximately $2,000.00 for a total of approximately $8,726.69. The Debtor anticipates that his household income will increase for two reasons. First, the Debtor believes that his business will increase,. Second, he expects his wife to return to work when his children get older. The Debtor believes that any increase in income should only be sufficient to satisfy increased monthly mortgage payment as well as reasonable ordinary and necessary expenses and anticipated cost of living increases.

| | | |
|---|---|---|
| Church | $ | 50.00 |
| Life Insurance | $ | 75.00 |
| Home Owners Insurance (Adirondack) | $ | 330.00 |
| Car Insurance (Geico) | $ | 65.00 |
| Wife's bills (including her student loans) | $ | 375.00 |
| Miscellaneous<br>(stamps, newspapers, recreation, etc.) | $ | 200.00 |

Total projected expenses:                    $11,000.00
Disposable Income:                           $ 1,000.00