"Exhibit E"
Trevor Spearman
Chapter 11 Case No.: 09-22253 (RDD)
<u>WORKSHEET</u>

| <u>Claim No.:</u> | <u>Claimant</u> | Amount Secured/Priority | Unsecured |
|---|---|---|---|
| 1 | Capital One | | $11,069.51 |
| 2 | Capital One | | $ 6,494.80 |
| 3 | Con Ed | | $ 307.20 |
| 4 | Chase | | $ 6,630.17 |
| 5 | Chase | | $ 5,450.96 |
| 6 | Roundup Funding (Successor to Chase) | | $35,575.63 |
| 7 | FMCC (Land Rover) | Secured /paid outside of Plan | |
| 8 | Milber Makris et al | | $10,966.96 |
| 9 | Amex | | $23,131.19 |
| 10 | National City | | $220,536.10 |
| 11 | Amex | | $ 3,217.77 |
| 12 | IRS | $17,851.57 | |
| 13 | Yellow Book | | $ 213.05 |
| 14 | BAC | Secured/paid outside of Plan | |
| N/A | Burke Heat | | $ 2,095.00 |
| N/A | Sapir & Funkin | | $ 1,200.00 |
| N/A | Quest Diagnostics | | $ 220.00 |
| N/A | Citibank | | $ 650.00 |
| N/A | Citicard | | $7,000.00 |
| **TOTAL** | | $17,851.57 | $334,558.34 |

| | |
|---|---|
| Proposed Plan Payments:<br>(1,000 x 60) | $ 60,000.00 |
| Disbursing Agent Fee: | (  5,000.00) |
| Subtotal | $ 55,000.00 |
| Less Projected Admin Fees | ($ 15,000.00) |
| Subtotal | $ 40,000.00 |
| Less Priority Claims | ( 17,851.57) |
| Balance for Unsecured | $ 23,149.43 |
| Approximate Percent Distribution | 8% |